UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 11, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JAVIER AGUILERA ROSAS,<br><br>  Defendant. | Case No. 2:24-mj-00082-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JAVIER AGUILERA ROSAS</u> Case No. <u>2:24-mj-00082-AC</u> Charges <u>18 USC § 1028(a)(1)</u> from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

  x    Unsecured Appearance Bond $   75,000.00

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

  x    (Other): <u>Release delayed until 7/12/2024 at 9 AM where defendant must directly report to the Pretrial Services office in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814, and with terms as stated on the record.</u>

Issued at Sacramento, California on July 11, 2024 at 2:55 PM

Dated:  July 11, 2024

_/s/ Deborah Barnes_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE